UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REPUBLIC OF KAZAKHSTAN,<br><br>        Plaintiff,<br><br>   v.<br><br>MURATBEK KETEBAEV, et al.,<br><br>        Defendants. | Case No. 17-CV-00246-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorneys: Jacques Semmelman, William Murphy
Defendant Khrapunov's Attorney: Martha Boersch

     An initial case management conference was held on October 25, 2017.  A further case management conference is set for January 3, 2018, at 2:00 p.m.  The parties shall file their joint case management statement by January 2, 2018, at 11:00 a.m.
     The Court stayed discovery, including initial disclosures, pending resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: October 25, 2017

                                                           _____
                                                           LUCY H. KOH
                                                           United States District Judge