# EXHIBIT 1

Search for people, places and things        Republic of Kazakhstan v. D…    Home

# Как испанские судьи работают на Казахстан

February 11, 2015 at 4:20am



**В распоряжении «Республики» оказались новые документы, неопровержимо доказывающие преступную связь испанских судей с казахскими прокурорами. Речь, в частности, идет о президенте апелляционного суда в Мадриде, который год назад вынес решение об экстрадиции Александра Павлова в Казахстан.**

Автор: **Нурахмет КЕНЖЕЕВ**

Письмо юриста Аскара Мухитдинова (Askar Moukhitdinov) вице-министру юстиции, ответственному секретарю Министерства юстиции РК Марату Бекетаеву (Marat Beketayev) от 22 октября 2013 года (скан этого письма был передан в редакцию) раскрывает механизм лоббирования казахстанскими властями положительного для Астаны решения испанского суда об экстрадиции Александра Павлова, бывшего руководителя службы безопасности казахского оппозиционного политика Мухтара Аблязова. Но прежде чем рассказать подробнее о содержании этого емейла, объясним, кто кому писал письма.

**Кто есть кто**

Имя Марата Бекетаева уже известно читателям «Республики». Казахский чиновник замешан в громких скандалах, например в Швейцарии (читайте статью «Разоблачения от газеты Le Temps» и интервью Ильяса Храпунова «Как хвост виляет собакой»).

Аскар Мухитдинов — партнер в алматинском офисе американской юридической фирмы фирмы «Куртис, Маллет-Превост, Колт и Молс» (Curtis, Mallet-Prevost, Colt & Mosle).



«Куртис» (http://www.curtis.com/sitecontent.cfm?pageid=2) — одна из старейших американских фирм с офисами по всему миру. В 2008 году «Куртис» открыла офисы в Казахстане — сразу в Алматы и Астане. Когда в 16 июня 2008 года юристы компании Caratube International Oil Company обратились в международный арбитраж с иском к



**Информационный портал Республика**

Notes by **Информационный портал Республика**

**All Notes**

Get Notes via RSS

Embed Post

Report

правительству Казахстана, в качестве защитников Акорды выступила именно Curtis, Mallet-Prevost, Colt & Mosle.

Этот контракт, похоже, оказался для компании золотой жилой. Во всяком случае, для составителей международных рейтингов настоящим сюрпризом стало, что «Куртис» не только не пострадала от мирового кризиса, а, наоборот, прибавила оборотов. «Несмотря на кризис, компания продемонстрировала рост доходов на 13.5%», — писало в 2009 году онлайн-издание AmLaw Daily. Обозреватели связали рост доходов компании с ее защитой интересов властей Венесуэлы и Казахстана. Напомним, что главным свидетелем в том процессе выступал бывший зять президента Казахстана Рахат Алиев, а в таких случаях, как известно, Астана денег не считает.

**Полезные связи**

Что касается содержания самого емейла, то в нем юрист «Куртиса» Аскар Мухитдинов сообщает вице-министру юстиции РК Марату Бекетаеву о результатах длинного конференц-звонка, который провела «наша команда в Нью-Йорке и Испании в отношении экстрадиции г-на Павлова».

Судя по документу, эта «команда» поддерживала тесные контакты с президентом апелляционного суда (Appellate Panel/ Audencia Nacional). В частности, Аскар Мухитдинов заранее был проинформирован, что один из 17 судей апелляционного суда не сможет принять участие в рассмотрении дела Александра Павлова по состоянию здоровья и что изначально четверо, а после воздействия со стороны президента апелляционного суда трое судей будут против экстрадиции Павлова в Казахстан.

---

From:   Moukhitdinov, Askar
To:     "beketayevm@gmail.com"
Cc:     Semmelman, Jacques; Sharaikhmetova, Leila; Mukhitdinov, Yerzhan
Date:   Tuesday, October 22, 2013 3:50:52 AM

For the attention of Mr. Marat Beketayev, Executive Secretary of the Ministry of Justice

Dear Mr. Beketayev,

We had a very lengthy conference-call with our team in Spain and New York regarding the extradition of Mr. Pavlov. The Appellate Panel in Spain consist of 17 judges (however, one judge is sick and requested the leave of absence from the pannel). The decision was suppose to be last Friday. Apparently, the opposition was working very hard and was making their way to the Spanish judges. Although it is not allowed, they presented via 4 judges additional "politically motivated materials" and requested that this case to be treated as politically motivated.

The president of the appellate panel ordered a recess because of the strong lobby from the opposition and requested the materials from Poland and UK via their court system. Once he received the materials from both jurisdictions he presented them to the Appellate Panel which materials demonstrated that both Ablyazov and Pavlov were denied political asylum in Poland, that Mr. Ketebayev is also not a political refuge as he requested to be treated (the opposition claimed that this cases are connected); that the UK is no longer treats Mr. Ablyazov as political refugee because he fled their jurisdiction from their judgement. After reviewing the materials only three judges remain in support of the opposition.

The decision is made by a simple majority and now the president of the Appellate Panel is confident that he will get a majority votes for Mr. Pavlov's extradition. He expects that this decision will be made on or around October 25th.

We will keep you informed of the results of the voting.

We are available to discuss any aspects of the case. Please feel free to ask us any questions you may have.

Best Regards,

Askar Moukhitdinov

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system.  Your privacy is very important to our firm.  Therefore, if this message contains unsolicited commercial content, you may forward this e-mail to unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if you do not want to receive further messages of this nature.  Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Кроме того, в письме раскрыто, как президент апелляционного суда оказывал воздействие на своих коллег, используя материалы, затребованные им из Великобритании и Польши. По словам Аскара Мухитдинова, эти материалы содержали информацию, что Польша отказала Мухтару Аблязову и Александру Павлову в политическом убежище, а другой казахский оппозиционный общественный деятель Муратбек Кетебаев не получил там политического убежища, которое просил для лечения. Это полная ложь, которая заставляет предположить, что ответы соответствующих британских и польских судебных структур были сформированы под влиянием лоббистов казахстанских властей.

В завершение своего письма, отправленного 22 октября 2013 года, Аскар Мухитдинов проинформировал вице-министра юстиции РК Марата Бекетаева о том, что решение апелляционной коллегии будет принято простым большинством приблизительно 25 октября. И что президент апелляционного суда уверен, что он получит большинство голосов в поддержку решения об экстрадиции Александра Павлова в Казахстан.

Эти обстоятельства свидетельствуют о том, что судебное решение о выдаче Казахстану Александра Павлова было принято под давлением казахстанских властей и что нельзя говорить в данном случае о независимости апелляционного суда и его президента. Вопрос, почему последний действовал в интересах другого государства, остается открытым, но мы надеемся, что испанские журналисты и правозащитные организации заставят ответить на него испанские власти.

**Ложь без границ**

Заметим, что емейл Бекетаеву с отчетом датирован 22 октября 2013 года, однако решение испанского Audencia Nacional, санкционировавшего экстрадицию Александра Павлова в Казахстан, вышло 8 ноября 2013 года. Хотя юрист «Куртиса» сообщил, что «президент апелляционного суда уверен, что он получит большинство голосов для выдачи г-на Павлова. Он ожидает, что это решение будет принято 25 октября или около этого».

Что произошло в реальности? 25 октября 2013 года суд сообщил, что решил отложить свое решение до 8 ноября 2013 года, для того чтобы рассмотреть определенные документы в отношении Мухтара Аблязова, представленные в суд Казахстаном.

И суд изучил эти документы — как будет ясно дальше, явно сомнительной достоверности, а также принял во внимание заведомо ложную информацию как о Павлове, так и об Аблязове.

Например, суд принял утверждение, что «как Аблязову, так и Павлову было отказано в политическом убежище в Польше», однако это неправда: ни один из них даже и не ходатайствовал о предоставлении убежища в Польше. Или суд учел, что «Кетебаев также не является политическим беженцем» и его преследование не связано с преследованием Аблязова-Павлова, хотя на самом деле Кетебаев в то время уже подал на получение убежища в Польше и получил статус беженца в декабре 2013 года, а связь его с преследованием Аблязова-Павлова не подлежит сомнению.

**Непотопляемый Гевара**

Из полученных редакцией документов также видно, что Казахстан внимательно следит за скандалом с судьей Геварой. Это тот самый судья, что настаивал на немедленной экстрадиции Александра Павлова в Казахстан на присланном за ним Акордой самолете, несмотря на то что вопрос о предоставлении ему убежища в Испании еще не был решен окончательно.

1 апреля 2014 года юристы «Куртиса» отправляют очередной меморандум на эту тему представителю Министерства юстиции Казахстана Казбеку Шаймердинову.

| From: | Shayakhmetova, Leila |
|---|---|
| To: | "k.shaimerdinov@gmail.com" |
| Subject: | Мено по Павлову |
| Date: | Tuesday, April 01, 2014 4:02:06 PM |
| Attachments: | Memo of April 1, 2014.docx |
| | Article in el Economista dated March 27, 2014 (RUSSIAN).docx |

**Меморандум**

| От: | Gómez-Acebo & Pombo Abogados, S. L. P. |
|---|---|
| Вниманию: | Г-жа М. Бекетаева, Ответственного секретаря Министерства юстиции Республики Казахстан и А. Кравченко, Заместителя Генерального прокурора Республики Казахстан |
| Копия: | Аскару Мухитдинову и Жаку Земельман (Curtis, Mallet-Prevost, Colt & Mosle) |
| Дата: | Мадрид, 1 апреля 2014 |
| Предмет: | Закрытие дела против судьи Альфонсо Гевара |

Дисциплинарное расследование против судьи Гевара было остановлено без последствий и закрыто. Судья, изучивший заявление против Альфонсо Гевара, пришел к выводу, что нарушения в его действиях, связанных с заключенным Александром Павловым, не было. Обвинение основывалось на том факте, что судья Гевара сообщил о том, что с ним связался Посол Казахстана в Испании, сообщивший, что Павлова ждал самолет.

Напоминаем из содержания предыдущих документов:
Генеральным советом судебного ведомства Испании было возбуждено дисциплинарное производство против руководителя Третьего уголовного отделения Национального суда. Цель производства – установить предпринимались ли Руководителем уголовного отделения попытки оказать давление на своих коллег с целью добиться экстрадиции.

Приложения:
Статья в электронном издании elEconomista.es от 27 марта 2014 г. (копия оригинала)
Статья в электронном издании elEconomista.es от 27 марта 2014 г. (перевод на русск. язык)

На этом фото получатель меморандума Казбек Шаймердинов (справа) запечатлен в компании с бывшим премьер-министром Великобритании и советником президента Казахстана Тони Блэром. Помощь последнего Назарбаеву в преследовании казахской оппозиции, в частности Аблязова, эксперты, с которыми разговаривала «Республика», считают неоценимой для Астаны.



Стоит заметить, что скандал с судьей Геварой (речь идет о Феликсе Альфонсо, председателе третьего отдела Национального суда Испании) широко освещался в испанской прессе. Его поведение в статье в газете «Эль Паис» было названо «прогулками по краю бритвы».

Издание рассказывает о скандале с водителями — работники транспортного парка суда пожаловались, что синьор Гевара относится к ним грубо и оскорбительно. Но в связи с этим инцидентом автор статьи вспоминает историю Александра Павлова, когда Гевара, не имея полномочий, пытался отправить его в Казахстан, воспользовавшись отсутствием секретаря суда во втором отделе, в чьей компетенции было дело.

Несмотря на грозный тон Гевары, служащий суда пресек попытку отправки Павлова, хотя сеньор Гевара предложил своему секретарю подписать приказ и сказал, что посол Казахстана сообщил ему о самолете, который ждет Павлова.



Глава дисциплинарного совета Антонио Фонсека изучил поданные на Гевару (фото выше) жалобы и пришел к выводу, что «интерес, проявленный Геварой, никогда не представлял собой какой-либо приказ или давление...». Именно об этом и сообщается в меморандуме, отосланном юристом «Куртиса» представителю Министерства юстиции Казахстана.

«Очевидно, механизм очистки судебной системы не работает», — приводит автор статьи в испанской газете слова одного из судей Верховного суда. И там же цитирует второго судью: «Там был сговор с Геварой. Он человек самодовольный и всегда делает какие-нибудь глупости, но ничего не происходит. Он защищен».

Вообще инциденты с Геварой бесчисленны, пишет газета, рассказывая случай, когда на суде Гевара оборвал ответчика словом «заткнитесь» и даже был оштрафован на 600 евро.

На наш взгляд, связь Гевары с казахскими властями — прямая или опосредованная через юристов той же «Куртис» — не вызывает сомнений, что рождает новые вопросы. Ведь партнеры «Куртис» являются членами коллегии адвокатов в США (скорее всего, штата Нью-Йорк). И как сочетается незаконное вмешательство в судопроизводство другой страны с этическими требованиями к американским адвокатам? За нарушение таких требований любой адвокат может быть исключен из коллегии и потерять свой статус.

Совершили ли юристы США и Казахстана уголовное преступление на территории Испании — это вопрос, на который нужно ответить нашим коллегам в этой стране.

Like · Comment · Share

Ol Eg, Василий Прозоров, Информационный портал Республика and 4 others like this.     Top Comments

16 shares

 Write a comment...
Press Enter to post.

 **Republic of Kazakhstan v. Does 1-100 Inclusive** To Those Who Unlawfully Obtained the Documents Posted on This Page:
On March 12, 2015, a Complaint was filed against you by the Republic of Kazakhstan in the United States District Court for the South District of New York. The case is styled as The Republic of Kazakhstan v. Does 1-100 Inclusive, No. 15 Civ. 1900 (ER) (S.D.N.Y. 2015). A copy of the Complaint can be found at the following link: www.facebook.com/KazakhstanvDoes.

In addition, a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") has been filed against you. A copy of the Motion and supporting papers can be found at the following link: www.facebook.com/KazakhstanvDoes. The Motion is brought by Order to Show Cause so that the matter will proceed on an expedited basis.

An ex parte temporary restraining order has already been issued against you, enjoining you, your affiliates, employees, agents, and representatives, and all persons acting in concert with or participating with you, from using, disclosing, disseminating, posting, displaying, sharing, distributing, hosting, copying, viewing, accessing, providing access to or making available to anyone, in any manner whatsoever, the materials stolen by you from the computer system of the Republic of Kazakhstan and from the Gmail accounts of officials of the Republic of Kazakhstan.

A copy of the Order to Show Cause can be found at the following link: www.facebook.com/KazakhstanvDoes. The Court has directed the parties to appear before it with respect to the Preliminary Injunction on March 20, 2015 at the following location: the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007.

If you are represented by an attorney, please let us know and we will notify your counsel of the date and time selected by the Court.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Att: Jacques Semmelman
jsemmelman@curtis.com
Attorneys for the Republic of Kazakhstan

 **Republic of Kazakhstan v. Does 1-100 Inclu...**
Community

Like · Reply · Remove Preview · Just now

 **Gatau-gali Bokhan** Наши осведомители по команде ЦРУ ,становится главними махинаторами по всей европеПоследствии Мухтар Аблязов становится гл. свидетелем европииских судах.
See Translation
Like · Reply · February 13 at 11:32am

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms   Help

Facebook © 2015
English (US)

# Как лоббисты Акорды работают по "делу Павлова" в Испании

February 19, 2015 at 3:47am



Мы уже рассказывали читателям с документами в руках, как западные юридические компании, действующие в интересах и на деньги казахстанских властей, пытались «обеспечить» и «ускорить» экстрадицию Александра Павлова в Казахстан с помощью личных «договоренностей» с отдельными испанскими чиновниками и судьями. Сегодня мы продолжаем эту тему.

Автор: **Нурахмет КЕНЖЕЕВ**

Благодаря оказавшейся в нашем распоряжении переписке юридических наемников из западных компаний и их докладам куратору спецоперации, ответственному секретарю Министерства юстиции РК Марата Бекетаеву, мы можем более подробно рассказать о событиях недавнего времени.

Это тем более важно, что в ближайшее время испанский суд примет решение по апелляции, поданной бывшим руководителем службы безопасности известного казахского оппозиционного политика и бизнесмена Мухтара Аблязова Александром Павловым и его защитой. Поэтому общественность, в первую очередь испанская, должна осознать, насколько уязвимым оказалось правосудие этой страны, не говоря уже про правительственный аппарат, к неформальному давлению со стороны Акорды.

На этот раз помимо международной юридической компании «Curtis, Mallet-Prevost, Colt & Mosle» в переписке «всплыла» испанская юридическая фирма «Enrique Luzón Campos». Сам же масштаб юридических и лоббистских усилий, а также тот факт, что координирует их целый вице-министр юстиции РК, свидетельствуют, что дело Александра Павлова это не обычный криминал, как это пытаются представить казахстанские власти.

«Дорогой Господин Бекетаев» обращается на английском языке к ответственному секретарю Министерства юстиции РК Аскар Мухитдинов. О нем мы подробно рассказывали в нашей предыдущей публикации, он партнер нефтегазовой практики американской юридической фирмы «Curtis, Mallet-Prevost, Colt & Mosle». Копии этого письма получили также сотрудники этой компании Ержан Мухитдинов и Лейла Шаяхметова.

| From: | Mukhitdinov, Askar |
|-------|---------------------|
| To: | "beketayevm@hotmail.com" |
| Cc: | Semmelman, Jacques; Mukhitdinov, Yerzhan; Shayakhmetova, Leila |
| Date: | Wednesday, June 12, 2013 1:36:30 AM |

For the attention of Mr. Marat Beketayev, Executive Secretary of the Ministry of Justice

Dear Mr. Beketayev,

On June 6,7 and 10, 2013, we attended meetings at the Kazakhstan Embassy and the law offices of Gomez-Acebo & Pombo (the law firm that has appeared for Kazakhstan in the Spanish court) in Madrid, Spain. Participating in the meeting were Hon. Bakyt Dyussenbayev, Ambassador to Spain; First Secretary Azamat Abdraimov; and Enrique Luzon-Campos and Carlos Saiz Diaz of Gomez-Acebo & Pombo.

Enrique explained that a formal extradition request has been submitted, encompassing bank fraud charges as well as terrorism charges. On Friday, June 7, the Investigating Magistrate referred the case to the court, which means the extradition case will go forward. The court will shortly set a date for the extradition hearing. Most likely the hearing will be quite soon - probably in late June or early July. The case has been assigned to the same panel of three judges who presided over the first (unsuccessful) case. Those judges had dismissed the case without prejudice because the papers were difficult to read and understand. Enrique stated that the new papers are clear and well presented.

Pavlov has been detained. At the time of our meeting, Pavlov had not yet filed an appeal from the detention order. He has since done so.

We had discussed such an eventuality. Enrique does not expect the appeal to be successful. Enrique explained that the terrorism charges are very strong. Terrorism is a very serious issue in Spain, largely due to the Basque (ETA) separatist movement that has resorted to terrorism. Accordingly, there will not be any sympathy for anyone who engages in terrorist activity.

Enrique explained that at the extradition hearing, the court will not conduct a trial of the case. The accuracy of the statements in the extradition request is presumed. The questions for the court will be (1) whether the presentation sufficiently links Pavlov to the charges, and (2) whether these facts establish a crime under Spanish law. Taking number (2) first, Enrique confirmed that there is no doubt that these facts make out crimes under Spanish law, which surely prohibits bank fraud and terrorism. As for (1), Enrique confirmed as well that this has been met. (As we had not seen the extradition request as of our meeting, Enrique agreed to send the materials, which he has done). Mr. Semmelman asked about the strength of the terrorism case, which appears to hinge in large part on a Skype conversation that was intercepted. Enrique said the actual Skype recording is not part of the record and may not be included. The court will accept the summary statement that describes the Skype call, and will not question it.

We discussed whether the "political offense exception" to extradition could be an issue. We expect that (as he did in the first extradition case) Pavlov will argue that he is a political target who will not be treated fairly in Kazakhstan, and that this should block his extradition. In the first case, Pavlov called two witnesses on the subject. Because Kazakhstan was not represented in that case, we do not know exactly what the witnesses said. Typically, a summary would be prepared of the witnesses' statements, but we do not have those, and they could be difficult to obtain. In any event, the judges in the first case appeared to have disregarded this argument, as indicated in a short reference in their opinion. Moreover, Pavlov has no basis for making such a claim. He is not a member of a political party or organization. He is not a politician; he is merely a common criminal. In addition, the Spanish court will not examine the bona fides of Kazakhstan's legal system, as they will apply the Rule of Non-Inquiry. As for a possible argument by Pavlov that the terrorist charge is a protected political offense, Enrique believes the Spanish court will not agree that an act of terrorism is a political offense shielded from extradition.

Mr. Semmelman suggested to Enrique and Carlos that we consider making a Motion in Limine before the hearing to preclude any attempt by Pavlov to introduce evidence regarding the political offense issue. We will discuss this further.

In a related vein, Pavlov has petitioned for permanent asylum.  He has temporary asylum which expires July 12.  If granted, permanent asylum would preclude extradition.  Asylum petitions are decided by a special commission consisting of members of four government ministries, along with a (non-voting) representative of the UN High Commissioner for Refugees.  The court has no role in the asylum process, and Kazakhstan may not intervene.  Proceedings are confidential.  The sense is that it is unlikely that Pavlov will be granted asylum, as he does not meet the requirements of showing persecution based on race, religion, political affiliation, etc.  If asylum is denied, we can use that to further rebut any political offense argument by Pavlov.

Enrique explained that it is unlikely that Pavlov will try to mount any defense other than the political one.  Given the strength of the extradition request, and the nature of the crimes charged, Pavlov has very little to work with by way of a defense.

The extradition treaty signed by Spain and Kazakhstan is awaiting ratification by the Spanish Parliament.  It is expected that ratification will occur on June 19.  While not a substantive development (Spain extradites even without a treaty), it has atmospheric value, as it impresses on the court that Spain has great respect for Kazakhstan and its legal system, else it would not be entering into an extradition treaty.

The court will issue its decision fairly promptly after the extradition hearing.  The losing party has the right to appeal.  The appellate panel will consist of all 9 judges of the court (including the three who issue the initial decision).  The appeal is usually decided within one to two months.  There is also the possibility of an extraordinary appeal to the Constitutional Court.  That is a discretionary appeal; the Constitutional Court decides which cases to take.  Such an appeal, if taken, would not stay extradition unless the Constitutional Court ordered a stay of extradition.  This does not appear likely to happen.

The law firm representing Pavlov is not a well-known firm.  They are not extradition specialists, but rather a general practice firm.

Enrique is more fluent in English than Carlos is, although Carlos can communicate.  We found the two lawyers knowledgeable and thoughtful.

We are available should you have any questions.

Very Truly Yours,

Askar Moukhitdinov
Partner

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient.  If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited.  If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system.  Your privacy is very important to our firm.  Therefore, if this message contains unsolicited commercial content, you may forward this e-mail to unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if you do not want to receive further messages of this nature.  Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Сначала Аскар Мухитдинов подробно рассказывает о встречах своих сотрудников в посольстве Казахстана в Мадриде, а также в офисе «Gomez-Acebo & Pombo», юридической фирмы, официально представлявшей интересы Акорды в испанском суде. Всего было упомянуто три встречи - 6, 7 и 10 июня 2013 года. Причем в них принял участие сам Бахыт Дюсенбаев, казахстанский посол в Испании и по совместительству представитель при Всемирной туристской организации.

В частности господин Мухитдинов, чтобы снять «ненужные вопросы», поддерживает добавление Александру Павлову обвинения в терроризме.  По его словам: «В Испании очень серьезно относятся к терроризму (прежде всего из-за действий сепаратистского движения басков). И здесь общество не испытывает симпатии к людям, которые занимаются террористической деятельностью».

Правда далее выясняется, что в детали этого обвинения суд вдаваться не собирается и заслушивать отрывки перехваченных разговоров по "Скайпу" не будет.  Тем более, как пояснил  участник встречи адвокат Энрике Люзон-Компос (Enrique Luzon-Campos) из компании «Gomez-Acebo & Pombo», представляющей в испанском суде интересы Казахстана, эти записи вообще не войдут в досье, передаваемое в суд.

Главная задача, которая стоит перед испанскими лоббистами и юридическими подрядчиками Акорды,  доказать, что Павлов преследуется не по политическим мотивам.  Для этого они собирались использовать привычные для себя аргументы: «он не был членом политической партии или организации, он не политик, а простой уголовник».

Удивительно не то, что адвокаты «впаривают» эти аргументы Акорде, а то, что они реально использовали их в процессе. При этом им, конечно, на руку сыграло то обстоятельство, что испанский суд не собирался рассматривать вопрос, насколько справедливой является судебная система Казахстана. О чем отдельные судьи не преминули сообщить казахстанскому послу во время личной встречи (!) с ним.

Увы, даже эти чрезвычайные усилия Акорды не дали немедленного и положительного результата. «Новости не очень хорошие», — известил своих нанимателей Энрике Люзон-Компос. Несмотря на обещания «дружелюбной атмосферы», испанский суд не допустил адвокатов, представляющих интересы Акорды, к слушаниям об экстрадиции. Поэтому адвокат оправдывается и объясняет, почему это произошло. На другом конце «электронного провода» немедленно просят прислать все копии всех документов. Скорее всего, для решения проблемы по «другим каналам».

| From: | Shayakhmetova, Leila |
| To: | 'beisetayum@hotmail.com'; 'mgholdybav@gmail.com' |
| Subject: | Fw: Urgent: Pavlov's extradition. |
| Date: | Monday, July 15, 2013 8:53:17 PM |
| Attachments: | Scanned from a Xerox multifunction device001.pdf |

Fyi

From: Moukhitdinov, Askar
To: Shayakhmetova, Leila
Cc: Mukhitdinov, Yerzhan
Sent: Mon Jul 15 12:19:53 2013
Subject: Fw: Urgent: Pavlov's extradition.

FYI

From: Enrique Luzón Campos
To: 'b.dyussenbayev@mfa.kz'; 'AZAMAT'; 'a.abdraimov@mfa.kz'; Semmelman, Jacques; Moukhitdinov, Askar
Cc: Carlos Sáiz Díaz; Mª Flora Morillo-Velarde
Sent: Mon Jul 15 11:57:16 2013
Subject: Urgent: Pavlov's extradition.

Dear all:

I write this e-mail in English, so our American colleagues can read it.

I'm afraid we have some partial bad news: the Court just notified us its decision of not allowing us to be a party at the Extradition Hearing. This decision is in clear contradiction with Court's previous decision dated 24 June 2013.

This decision is based on reciprocity reasons. The Court argues that Kazakhstan has not proved that it is possible for Spanish State to act as a party in extradition hearings celebrated in Kazakhstan, despite the decision recognizes that in the Extradition papers the General Attorney of Kazakhstan offers any cooperation with Spanish authorities in extradition affaires.

The Court makes an interpretation of article 14 of Passive Extradition law that we did not seen before ever. Despite the Court already accepted us as a party, considers that we are not complying with reciprocity requirements. The Law establishes that the Court shall ask to the Ministry of Justice about reciprocity issues about the claimant State (in this case Kazakhstan) if the Court considers it necessary.

In our experience this always means that shall the Court have any doubt about reciprocity, it will ask Ministry of Justice for a clarification, but the Judges at this case explain they are not asking for any explanation to the Ministry, and are not giving us a term for us to present documents proving this reciprocity exists.

In our professional opinion this is a very unusual decision:

1. It is against the previous decision of the same Court accepting Kazakhstan as a party, expressly "at the effects foreseen in article 14 of Extradition Law". It is true that the Law allows to exclude the lawyers of the claimant State for reciprocity issues, but the moment when the Court makes the previous decision of this matter is, precisely, at the moment of dictating the decision of accepting us as a party. So if the Court had expressed any doubt or refused our intention of acting at the hearing then, we would have been able of asking the Ministry of Justice to present any justification or do it ourselves.

2. It is very unusual that the Court decides not asking the Ministry of Justice for a clarification as the Law says. As expressed on the paragraph, we were absolutely sure about the Court had no doubts on reciprocity issues because have already accepted Kazakhstan as a party on 24th June, but we were also sure about shall the Judges have any doubt they would have asked the Ministry of Justice, as the Law foresees. We do not find a legal explanation about why they refuse to do so.

3. They make a strong effort in arguing that the offer of Kazakhstan's General Prosecutor's Office is not a proof of reciprocity at this point.

4. As far as we know Pavlov's defendants have not challenged Kazakhstan to be a party at the hearing. So this is an unilateral decision of the Judges. Actually is the opposite, the Judges say at their decision that Pavlov accepted Kazakhstan to be a party at the hearing and only made a complaint for us have been participating in the previous stages of the proceedings (because it is not expressly allowed by the Extradition Law).

In addition there is no possibility of appealing this decision.

We believe that, maybe, some excessive pressure on the Court and the case shall have made some influence on Judges' mood when taking this decision.

Nevertheless this decision does not affect the extradition process itself. We still consider all legal requirements for Pavlov's extradition to be granted have been complied and that is also the opinion of the Prosecutor in the case, and she will ask for the extradition to be granted.

In order to try to minimize effects of this decision, we will have a meeting immediately with the Prosecutor at the case, so she can have our arguments and use them at the hearing.

We remain at your entire disposal for a deeper analysis of the situation.

Kind regards,

**Enrique Luzón Campos**
Departamento Procesal & Arbitraje
Area Penal
**Gómez-Acebo & Pombo Abogados, S.L.P.**
Castellana, 216
28046 Madrid
Tel 34 91 582 91 00 / 34 91 582 92 70 (directo)
Fax 34 91 582 91 78
e-mail eluzon@gomezacebo-pombo.com

www.gomezacebo-pombo.com

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system. Your privacy is very important to our firm. Therefore, if this message contains unsolicited commercial content, you may forward this e-mail to unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Впрочем, испанские наемники Акорды тоже времени не теряют и подключают свои связи. «У нас был маленький телефонный разговор с прокурором», — пишет адвокат Энрике Люзон-Компос, после чего по его словам дело пошло «на лад». Главной их победой стала возможность получения информации о том, каким будет решение о представлении Павлову политического убежища. Отказ в таковом должен был сыграть ключевую роль в «разгроме» аргументов Александра Павлова и его защиты о политическом характере его преследования властями Казахстана.

| From: | Shayakhmetova, Leila |
|---|---|
| To: | "beketayevm@hotmail.com"; "mzholdybay@gmail.com" |
| Subject: | Fw: Pavlov's extradition. News |
| Date: | Tuesday, July 16, 2013 9:21:44 PM |
| Attachments: | EP_11915AN_2013_8.tif |
| | EP_11915ep_2013_3.tif |

Fyi

**From:** Moukhitdinov, Askar
**To:** Shayakhmetova, Leila
**Cc:** Mukhitdinov, Yerzhan
**Sent:** Tue Jul 16 11:23:28 2013
**Subject:** Fw: Pavlov's extradition. News

FYI

**From:** Enrique Luzón Campos
**To:** Moukhitdinov, Askar; 'b.dyussenbayev@mfa.kz' ; 'kz@kazesp.org' ; 'a.abdraimov@mfa.kz' ;
Semmelman, Jacques
**Cc:** Carlos Sáiz Díaz ; Mª Flora Morillo-Velarde
**Sent:** Tue Jul 16 10:39:04 2013
**Subject:** Pavlov's extradition. News

Dear all,

After sending you my last e-mail, this morning we were able to have a little conversation
by phone with the Prosecutor.

We explained her we have been informed about the Asylum Commission has made a
decision on Pavlov's asylum petition.

The Prosecutor has contacted the Court and the Court has ordered to request the Ministry
to send the decision to have it before the hearing (you will find attached a copy of the
order). We consider this is a very good new, because the Judges will know that Pavlov's
arguments about being a political persecuted have been dismissed.

Also, we got the information about the Court has rejected Pavlov's appeal against his
detention order, so he will remain in prison until the final decision is taken. We send you
attached a copy of the decision dismissing Pavlov's appeal.

Finally, we have known that the witness proposed by Pavlov's defendants for the hearing
is: Jedrzej Czerep a member of the organization Open Dialogue Foundation, who,
apparently, has been publishing information on Ablyazov's case.

We will inform you after our meeting tomorrow with the prosecutor.

Kind Regards

PS. Jacques, we noted your comment.

Enrique Luzón Campos
**GÓMEZ-ACEBO & POMBO Abogados, S. L. P.**
Castellana, 216
28046 Madrid
Tel.: +34 91 582 91 00 | Dir.: +34 91 582 92 70 | M.: 628 327 384
eluzon@gomezacebo-pombo.com
www.gomezacebo-pombo.com

Antes de imprimir este e-mail piense bien si es necesario hacerlo: El medioambiente es cosa de todos.
La información contenida en este mensaje es confidencial y está dirigida exclusivamente a su destinatario,
estando prohibida su divulgación parcial o total. Si usted no es el destinatario designado en este mensaje,
le informamos de que su lectura, copia y uso le están prohibidos. En caso de haber recibido este mensaje
por error, le rogamos que lo comunique lo antes posible al remitente y proceda a su destrucción total.
This message contains confidential information exclusively addressed to the designated recipient, and any
disclosure of this message, whether partial or total, is prohibited. If you are not the intended recipient of
this message, we inform you that the reading, copying and use of this message is prohibited. In such case,
please notify the sender immediately and proceed to destroy the message entirely.

GÓMEZ-ACEBO & POMBO Abogados, S. L. P., inscrita en el Registro Mercantil de Madrid, Tomo 20788,
Libro 0, Folio 180, Sección 8, Hoja M 368387.

**De:** Enrique Luzón Campos
**Enviado el:** martes, 16 de julio de 2013 12:25
**Para:** 'Moukhitdinov, Askar'; 'b.dyussenbayev@mfa.kz'; 'kz@kazesp.org'; 'a.abdraimov@mfa.kz';
Semmelman, Jacques
**CC:** Carlos Sáiz Díaz; Mª Flora Morillo-Velarde
**Asunto:** RE: Urgent: Pavlov's extradition.

Dear all,

We have arranged a meeting with the Prosecutor in the case tomorrow morning. We will explain her our main arguments so she can use them at the hearing. We will explain her the relevance of these points:

- All legal requirements are fully complied at this case.
- Asylum has been denied to Pavlov by the Ministry here in Spain, so any point or argument that his defendant shall try to use is useless and the Court shall not take it into account at all.
- Pavlov is not a political persecuted person. He was a former security employee of BTA Bank and has acted as bodyguard, so he is not a politician.
- Ablyazov's situation has nothing to do with Pavlov's extradition. He is trying to confuse the Court with allegations about Ablyazov.
- The Extradition Treaty between Spain and Kazakhstan has been fully approved by the Senate in session celebrated 19 June and it will enter into force next 1st of August. That is a strong proof about the good relationship between the two States and shows that Spain trust Kazakhstan's Courts decisions.

Do not hesitate to tell us If you want us to remark any other point to the Prosecutor.

Wit regards to Askar last e-mail, please, find attached a copy of the June 24 decision. As you can see in page 1 the Court accepts us as a party in the process and at page 2, the Court orders to give us a three days term for doing allegations after Public Prosecutor does so.

Also, find below article 14 of the Passive Extradition Law and a translation into English. We also attach a copy of such Law –Spanish version–:

Artículo 14. [Vista judicial]

1. Dentro de los quince días siguientes al período de instrucción, el Secretario judicial señalará la vista que tendrá lugar con intervención del Fiscal, del reclamado de extradición asistido, si fuera necesario, de intérprete y del Abogado defensor. En la vista podrá intervenir, y a tal efecto será citado, el representante del Estado requirente cuando así lo hubiere solicitado y el Tribunal lo acuerde atendido el principio de reciprocidad, a cuyo fin reclamará, en su caso, la garantía necesaria a través del Ministerio de Justicia.

2. El reclamado prestará declaración durante la vista, pero solamente se admitirá y practicará la prueba que verse sobre extremos relacionados con las condiciones exigidas por el tratado aplicable o por esta Ley.

Article 14 [Hearing]

1. During the 15 days following the preparation phase ("periodo de instruccion"), the Secretary of the Court will fix a date for the hearing, which will take place with the presence of the Public Prosecutor and the person whose extradition is being requested, who will be assisted by an interpreter, if necessary, and by his lawyer. In the hearing, the State requesting the extradition shall participate and complying with this, the representative of such claimant State will be summoned, if it had asked so and the Court accepts attending reciprocity issues, for this purpose, the Court, if necessary, shall require to the Ministry of Justice the correspondent guarantees.

2. The person whose extradition is being requested will give statement during the hearing and the evidences that will be practiced would be those related to the requirements foreseen in the applicable treaty or in this Law.

Kind regards,

Enrique Luzón
**GÓMEZ-ACEBO & POMBO Abogados, S. L. P.**
Castellana, 216
28046 Madrid
Tel.: +34 91 582 91 00 | Dir.: +34 91 582 92 70 | M.: 628 327 384
eluzon@gomezacebo-pombo.com
www.gomezacebo-pombo.com

Antes de imprimir este e-mail piense bien si es necesario hacerlo: El medioambiente es cosa de todos.
*La información contenida en este mensaje es confidencial y está dirigida exclusivamente a su destinatario,
estando prohibida su divulgación parcial o total. Si usted no es el destinatario designado de este mensaje,
le informamos de que su lectura, copia y uso le están prohibidos. En caso de haber recibido este mensaje
por error, le rogamos que lo comunique lo antes posible al remitente y proceda a su destrucción total.
This message contains confidential information exclusively addressed to the designated recipient, and any
disclosure of this message, whether partial or total, is prohibited. If you are not the intended recipient of
this message, we inform you that the reading, copying and use of this message is prohibited. In such case,
please notify the sender immediately and proceed to destroy the message entirely.*

GÓMEZ-ACEBO & POMBO Abogados, S. L. P., inscrita en el Registro Mercantil de Madrid, Tomo 20788,
Libro 0, Folio 180, Sección 8, Hoja M 368387.

**De:** Moukhitdinov, Askar [mailto:amoukhitdinov@curtis.com]
**Enviado el:** lunes, 15 de julio de 2013 20:23
**Para:** Enrique Luzón Campos; 'b.dyussenbayev@mfa.kz'; 'kz@kazesp.org'; 'a.abdraimov@mfa.kz';
Semmelman, Jacques
**CC:** Carlos Sáiz Díaz; Mª Flora Morillo-Velarde
**Asunto:** Re: Urgent: Pavlov's extradition.

Can we get a copy of the June 24 decision.

What Article 14 of the Law on Passive Extradition is about? Can we get a copy of that Article?

---

**From:** Enrique Luzón Campos
**To:** 'b.dyussenbayev@mfa.kz' ; 'AZAMAT' ; 'a.abdraimov@mfa.kz' ; Semmelman, Jacques; Moukhitdinov,
Askar
**Cc:** Carlos Sáiz Díaz ; Mª Flora Morillo-Velarde
**Sent:** Mon Jul 15 11:57:16 2013
**Subject:** Urgent: Pavlov's extradition.

Dear all:

I write this e-mail in English, so our American colleagues can read it.

I'm afraid we have some partial bad news: the Court just notified us its decision of not
allowing us to be a party at the Extradition Hearing. This decision is in clear contradiction
with Court's previous decision dated 24 June 2013.

This decision is based on reciprocity reasons. The Court argues that Kazakhstan has not
proved that it is possible for Spanish State to act as a party in extradition hearings
celebrated in Kazakhstan, despite the decision recognizes that in the Extradition papers
the General Attorney of Kazakhstan offers any cooperation with Spanish authorities in
extradition affaires.

The Court makes an interpretation of article 14 of Passive Extradition law that we did not
seen before ever. Despite the Court already accepted us as a party, considers that we are
not complying with reciprocity requirements. The Law establishes that the Court shall ask
to the Ministry of Justice about reciprocity issues about the claimant State (in this case
Kazakhstan) if the Court considers it necessary.

In our experience this always means that shall the Court have any doubt about
reciprocity, it will ask Ministry of Justice for a clarification, but the Judges at this case
explain they are not asking for any explanation to the Ministry, and are not giving us a
term for us to present documents proving this reciprocity exists.

In our professional opinion this is a very unusual decision:

1. It is against the previous decision of the same Court accepting Kazakhstan as a party, expressly "*at the effects foreseen in article 14 of Extradition Law*". It is true that the Law allows to exclude the lawyers of the claimant State for reciprocity issues, but the moment when the Court makes the previous analysis of this matter is, precisely, at the moment of dictating the decision of accepting us as a party. So if the Court had expressed any doubt or refused our intention of acting at the hearing then, we would have been able of asking the Ministry of Justice to present any justification or do it ourselves.

2. It is very unusual that the Court decides not asking the Ministry of Justice for a clarification as the Law says. As expressed on the paragraph, we were absolutely sure about the Court had no doubts on reciprocity issues because have already accepted Kazakhstan as a party on 24th June, but we were also sure about shall the Judges have any doubt they would have asked the Ministry of Justice, as the Law foresees. We do not find a legal explanation about why they refuse to do so.

3. They make a strong effort in arguing that the offer of Kazakhstan's General Prosecutor's Office is not a proof of reciprocity at this point.

4. As far as we know Pavlov's defendants have not challenged Kazakhstan to be a party at the hearing. So this is an unilateral decision of the Judges. Actually is the opposite, the Judges say at their decision that Pavlov accepted Kazakhstan to be a party at the hearing and only made a complaint for us have been participating in the previous stages of the proceedings (because it is not expressly allowed by the Extradition Law).

In addition there is no possibility of appealing this decision.

We believe that, maybe, some excessive pressure on the Court and the case shall have made some influence on Judges' mood when taking this decision.

Nevertheless this decision does not affect the extradition process itself. We still consider all legal requirements for Pavlov's extradition to be granted have been complied and that is also the opinion of the Prosecutor in the case, and she will ask for the extradition to be granted.

In order to try to minimize effects of this decision, we will have a meeting immediately with the Prosecutor at the case, so she can have our arguments and use them at the hearing.

We remain at your entire disposal for a deeper analysis of the situation.

Kind regards,

**Enrique Luzón Campos**
Departamento Procesal & Arbitraje
Area Penal
**Gómez-Acebo & Pombo Abogados, S.L.P.**
Castellana, 216
28046 Madrid
Tel 34 91 582 91 00 / 34 91 582 92 70 (directo)
Fax 34 91 582 91 78
e-mail eluzon@gomezacebo-pombo.com

www.gomezacebo-pombo.com

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT
INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES
OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW
OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is
protected by law as privileged and confidential, and is transmitted for
the sole use of the intended recipient. If you are not the intended
recipient, you are hereby notified that any use, dissemination, copying
or retention of this e-mail or the information contained herein is
strictly prohibited. If you have received this e-mail in error, please
immediately notify the sender by telephone or reply e-mail, and
permanently delete this e-mail from your computer system. Your privacy
is very important to our firm. Therefore, if this message contains
unsolicited commercial content, you may forward this e-mail to
unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if
you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT
INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES
OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW
OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is
protected by law as privileged and confidential, and is transmitted for
the sole use of the intended recipient. If you are not the intended
recipient, you are hereby notified that any use, dissemination, copying
or retention of this e-mail or the information contained herein is
strictly prohibited. If you have received this e-mail in error, please
immediately notify the sender by telephone or reply e-mail, and
permanently delete this e-mail from your computer system. Your privacy
is very important to our firm. Therefore, if this message contains
unsolicited commercial content, you may forward this e-mail to
unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if
you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Осенью 2013 года они праздновали победу. От радости от неминуемой, по их мнению, победы они даже переходят на русский язык. "MVD ispanii gotovitsya k procedure peredachi" — пишет Лейла Шаяхметова Марату Бекетаеву.

| | |
|---|---|
| From: | Shayakhmetova, Leila |
| To: | "beketayevm@hotmail.com" |
| Subject: | Fw: |
| Date: | Friday, November 08, 2013 6:02:13 PM |
| Attachments: | ECHR memo.docx |

10:4 golosovanie.
MVD ispanii gotovitsya k procedure peredachi.

**From:** Moukhitdinov, Askar
**To:** beketayevm@hotmail.com
**Cc:** Mukhitdinov, Yerzhan; Shayakhmetova, Leila
**Sent:** Fri Nov 08 10:40:04 2013
**Subject:**

Dear Mr. Beketayev,

Now that the Court of Appeals in Spain voted in favor of Mr. Pavlov's extradition, Mr. Pavlov may petition the European Human Rights Court. Attached is a memo reflecting the procedures of that court and what we should expect in case he files the petition.

Best Regards,

*Askar Moukhitdinov*
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178
212-696-8855
212-697-1559 (fax)
amoukhitdinov@curtis.com

---

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT
INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES
OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW
OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

---

This e-mail, including any attachments, may contain information that is
protected by law as privileged and confidential, and is transmitted for
the sole use of the intended recipient. If you are not the intended
recipient, you are hereby notified that any use, dissemination, copying
or retention of this e-mail or the information contained herein is
strictly prohibited. If you have received this e-mail in error, please
immediately notify the sender by telephone or reply e-mail, and
permanently delete this e-mail from your computer system. Your privacy
is very important to our firm. Therefore, if this message contains
unsolicited commercial content, you may forward this e-mail to
unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if
you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

---

Судя по тому, что Аскар Мухитдинов активно искал встречи с самим Каримом
Масимовым во время поездки последнего в США — явно хотел доложить о своих
успехах главному куратору «войны» против Мухтара Аблязова и его соратников. Мы не
знаем, состоялся ли этот контакт, но сам факт как таковой может служить
доказательством того, что дело Павлова имеет для Казахстана политическое значение.

Search for people, places and things       Republic of Kazakhstan v. D…      Home



**Информационный
портал Республика**

Notes by Информационный портал
Республика

All Notes

Get Notes via RSS

Embed Post

Report

| From: | Moukhtdinov, Askar |
|---|---|
| To: | "beketayevm@hotmail.com" |
| Date: | Sunday, February 02, 2014 5:50:43 PM |

Уважаемый Марат Бахытжанович!

Мне сообщили, что Карим Казымканович будет в Вашингтоне. Я буду в Нью-Йорке на следующей неделе и могу приехать в Вашингтон в любой момент, если есть такая необходимость.

С уважением,
Аскар

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT
INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES
OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW
OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is
protected by law as privileged and confidential, and is transmitted for
the sole use of the intended recipient. If you are not the intended
recipient, you are hereby notified that any use, dissemination, copying
or retention of this e-mail or the information contained herein is
strictly prohibited. If you have received this e-mail in error, please
immediately notify the sender by telephone or reply e-mail, and
permanently delete this e-mail from your computer system. Your privacy
is very important to our firm. Therefore, if this message contains
unsolicited commercial content, you may forward this e-mail to
unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe.htm) if
you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Увы, победы не получилось. И как и полагается в таких случаях, юридические подрядчики Акорды начали оправдываться, объясняя свое поражение «кознями врагов». «Мы имеем дело со злоумышленным использованием судопроизводства», — написала Лейла Шаяхметова Марату Бекетаеву в феврале 2014 года.

From:    Shavakhmetova, Leila
To:      "Beketayev Marat"
Date:    Thursday, February 20, 2014 9:01:26 PM

На всякий случай

Калейдоскоп информации за сегодня.

Немножко нестройно, но более или менее исчерпывающе на настоящий момент.

Мы имеем дело со злоумышленным использованием судопроизводства, поскольку Павлов пытается получить два разных приговора по совершенно идентичным фактам и аргументам в двух разных юрисдикциях, прибегая к недобросовестному использованию правовых норм в двух разных правовых сферах - предоставления убежища и экстрадиции. И принцип недопустимости повторного рассмотрения однажды решённого дела более чем уместен в данном случае.

Правда в том, что Испанская правовая система в качестве суду отличной юрисдикции (как в данной ситуации) не быть абсолютно обусловленным решением принятым до этого в другой подведомственности, поскольку предмет процесса или правовая норма в конкретно данном случае может не быть абсолютно идентичной. Тем не менее, безусловно, Суд должен будет взять во внимание ранее принятое решение для недопущения противоречивого решения по одним и тем же фактам. В настоящем деле официальное заключение Конституционного Суда должно быть решающим для Суда, рассматривающего дело по предоставлению убежища.

Приблизительная хронология:

1. По всей видимости, Павлов подал апелляцию на решение испанского Правительства об отказе в убежище месяцы назад.

2. Апелляция была подана в судебный орган с подведомственностью отличной от экстрадиции.
Вопросы по экстрадиции принимаются, Уголовной Палатой Национального Суда.
Апелляция же отказа в убежище рассматриваются "Спорно-Административной" Палатой Национального Суда (в Испании всего пять подведомственностей: Гражданская, Уголовная, Спорно-Административная, Трудовая и Военная).

3. Никто (Уголовная Палата, государственный прокурор, Министерство Юстиции) не обладал сведениями о факте подачи апелляции. Павлов скрыл это, Спорно-Административная Палата - неизвестно почему - не уведомила об этом Уголовную Палату; был не в курсе и Прокурор, отвечавший за дело по экстрадиции.
Более того, участником процесса по предоставлению политического убежища является адвокат государства, представлявший интересы государства, который также хранил молчание (непосредственно адвокат или департамент, представитель которого он является) о существовании апелляции, чем при́ло бы во внимание Кабинета Министров. Правительство не должно было одобрить экстрадицию пока не принято решение по предоставлению убежища.

4. Очевидно, что решение по Павловской апелляции все еще не принято, что само по себе необычно самим фактом того, что дело по экстрадиции уже достигло Конституционного Суда в то время, как дело по предоставлению убежища было, по все видимости, приостановлено.

5. Как только адвокатам Павлова стало известно об одобрении экстрадиции Правительством, они в срочном порядке обратились к Спорно-Административной Палате о введении предупредительно-обеспечительной меры в виде приостановления отправки Павлова, пока не будет принято решение по апелляции.

6. Экстрадиция Павлова должна была быть осуществлена сегодня, 20 февраля 2014г.. Вчера вечером Уголовная Палата получила официальные уведомления Интерпола и Министерства Юстиции об одобрении экстрадиции и в то же самое время - сообщение от Спорно-Административной Палаты с требованием приостановить возвращение Павлова в Казахстан.

6. Экстрадиция Павлова должна была быть осуществлена сегодня, 20 февраля 2014г.. Вчера вечером Уголовная Палата получила официальные уведомления Интерпола и Министерства Юстиции об одобрении экстрадиции и в то же самое время - сообщение от Спорно-Административной Палаты с требованием приостановить возвращение Павлова в Казахстан.

Все это явилось полной неожиданностью для судей Уголовной Палаты, оказавшихся в очень непростой ситуации. Им предстоит решить как поступить, учитывая что у них на руках бесспорное решение по экстрадиции, одобренное Конституционным судом и Правительством, и одновременно - Постановление другой подведомственности о процессе до настоящего момента никому неизвестном с требованием приостановить осуществление экстрадиции\и.

Наши адвокаты находятся на связи с Председателем Уголовной Палаты и опосредованно - с Председателем Спорно-Административной Палаты, который в свою очередь также не скрывает своего удивления, поскольку не знал какую позицию в формальном порядке продемонстрировал Конституционный Суд.

Уголовная палата приняла решение о предоставлении трех-дневного срока (истекает в следующую среду) адвокату государства для уведомления Уголовной Палаты о процессе по предоставлению убежища и его текущем состоянии. После этого будет принято решение ждать или нет решения Спорно-Административной Палаты о предоставлении убежища. Таким образом, существует возможность того, что Уголовная Палата решит, что ее решение окончательно и не может быть приостановлено процессом, подведомственным Спорно-Административной Палате.

Испанские адвокаты начали работу по убыстрению принятия решения Спорно-Административной Палатой с учетом того, что отныне им известно, что Конституционным Судом уже были изучены представленные аргументы о политически-мотивированном преследовании и вероятности быть подвергнутым пыткам (вероятнее всего, в процессе о предоставлении убежища озвучено все те же аргументы)

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system. Your privacy is very important to our firm. Therefore, if this message contains unsolicited commercial content, you may forward this e-mail to unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe..htm) if you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Сухой остаток всей этой истории в ее изложении выглядит так. Экстрадиция была делом решенным и даже назначена на 20 февраля 2014года. Но накануне этой даты поступило сообщение от Спорно-Административной Палаты с требованием приостановить выдачу Павлова в Казахстан. Все испанские официальные лица, по признанию Шаяхметовой, оказались в очень непростой ситуации.

Чтобы как то вывернуться из нее, юристы, представляющие казахстанские власти в деле бывшего руководителя службы безопасности Мухтара Аблязова, пытались, как пишет все та же Шаяхметова, «установить контакт с государственным советником, представляющим Правительство в процессе по предоставлению убежища» и каким-то образом повлиять на дальнейшее развитие событий.

| From: | Shayakhmetova, Leila |
| To: | "Beketayev Marat" |
| Date: | Tuesday, March 04, 2014 12:53:22 PM |

Судебный процесс:

1. Уголовная палата решила приостановить экстрадицию пока Спорно-административная Палата не примет решения по заявлению о предоставлении убежища.
2. Испанские адвокаты не управомочены на участии или быть стороной в процессе о предоставлении убежища.
3. Испанские адвокаты в настоящий момент предпринимают попытки установить контакт с государственным советником, представляющим Правительство в процессе по предоставлению убежища для обеспечения его необходимыми сведениями о деле. Если он согласится принять помощь, ему также будут представлены аргументация, документы и обвинения.

СМИ:

1. Ясно, что Аблязовская группа достигла успеха в демонстрации его в качестве преследуемого члена оппозиции (то же самое и о Павлове) и привлекла тем самым вниманием СМИ левого крыла.

Еще какие-то месяцы назад МА представлялся человеком, связанным с оппозицией, в то время как сейчас он оказался «основным политическим оппонентом государства Казахстана». Безусловно, эти СМИ не упоминают о том, что в прошлом он называл ппот Министра в Правительстве Казахстана и что он был Президентом БТА Банка и что он оставил Казахстан как раз в момент, когда его преступления по мошенному присвоению денег должны были раскрыться... СМИ не упоминают и о призрачном по заключению в тюрьму на 22 месяца в Великобритании, как впрочем и о том, что он помошло Великобритании когда же речь заходит о других странах, запросивших экстрадицию, таких как Россия и Украина, этот факт объясняется подозрительными спорами со злым умыслом между странами.

2. Испанские адвокаты неоднократно разговаривали с агентством, нанятым Боолшством, побуждая их к предоставлении информации СМИ.

3. В El Pais осудили необычное поведение и давление со стороны судьи Alfonso Guevara, пытавшегося добиться экстрадиции Павлова после звонка Посла Казахстана.

https://myxmedia.nyrows.es/document/13011330/EUM201403027339/?frontEmail=True

Таким публикации демонстрирует (1) адвокаты АП имеют прямые контакты в суде и (11) отдельные судьи Национального суда ощущают внутреннюю напряженность в отношении этого дела.

По этой причине, адвокатам было решено действовать через государственного советника, который имеет обязательство отстоять уже имеющееся решение Правительства и ожидать решение Суда по апелляции АП о предоставлении убежища.

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system. Your privacy is very important to our firm. Therefore, if this message contains unsolicited commercial content, you may forward this e-mail to unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe..htm) if you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Попутно им пришлось признать и полное поражение на «информационном фронте»: «1. Ясно, что Аблязовская группа достигла успеха в демонстрации его в качестве преследуемого члена оппозиции (то же самое и о Павлове) и привлекла тем самым внимание СМИ левого крыла. Еще какие-то месяцы назад МА (Мухтар Аблязов — ред.) представлялся человеком, связанным с оппозицией, в то время как сейчас он оказался «основным политическим оппонентом государства Казахстана», — сетует Лейла Шаяхметова.

Особое внимание она (и вполне справедливо) обращает на публикацию в ведущей испанской газете «El Pais», в которой осуждается «необычное поведение и давление со стороны судьи Alfonso Guevara, пытавшегося добиться экстрадиции Павлова после звонка Посла Казахстана». Адвокаты прекрасно понимали, что появление «дела Павлова» на «радаре общественного внимания» резко снижает их шансы выполнить заказ Акорды.

| From: | Shayakhmetova, Leila |
|---|---|
| To: | "Beketayev Marat" |
| Date: | Tuesday, February 25, 2014 6:45:18 AM |

Освещение в прессе по делу АП приобретает все более невыгодные для Казахстана настроения..

В газете El Pais – чрезвычайно уважаемом периодическом издании в Испании лево-центристского направления – появилась статья о том, что Посол Казахстана в Мадриде пытается оказывать давление на судей Национального Суда.

http://politica.elpais.com/politica/2014/02/21/actualidad/1393005187_117476.html
(Статью переводим)

Кроме того, в минувшую пятницу защита АП добилась того, что отдельные газеты опубликовали информацию о том, что Правительство скрывало решение Кабмина об одобрении экстрадиции. Журналисты задаются вопросом о том, что удерживало Правительство от опубликования решения после проведения заседания, если дело обычно, ничем не примечательно?

Бездействие и сомнения Правительства по данному вопросу послужило тому, что вопрос, к которому народ Испании не проявлял ровным счетом никакого интереса, оказался вдруг актуальным внутренним делом.. Вопрос все еще на вторых полосах, но его значимость возрастает..

Насколько стало известно испанским адвокатам, Агентство по связи и информации, нанятое Посольством работает над этим. Агентству, по мнению юристов, важно, во-первых, что все контакты посольства были абсолютно легальными и надлежаще были лишь на получении информации, поскольку речь идет об очень серьезном преступлении и, во-вторых, что казахстанские официальные лица действовали как виды гарантий прав АП, включая возможность испанским дипломатам свободно посещать его в Казахстане.

Тем не менее, нашим испанским адвокатам, по их мнению, необходимо несколько урезать контакты в суде, чтобы простая попытка получить сведения не была расценена как оказание давления.

ANY STATEMENTS REGARDING FEDERAL TAX LAW CONTAINED HEREIN ARE NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER FEDERAL TAX LAW OR TO MARKET ANY ENTITY, INVESTMENT PLAN OR ARRANGEMENT.

This e-mail, including any attachments, may contain information that is protected by law as privileged and confidential, and is transmitted for the sole use of the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or retention of this e-mail or the information contained herein is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone or reply e-mail, and permanently delete this e-mail from your computer system. Your privacy is very important to our firm. Therefore, if this message contains unsolicited commercial content, you may forward this e-mail to unsubscribe@curtis.com or click here (www.curtis.com/unsubscribe..htm) if you do not want to receive further messages of this nature. Thank you.

Curtis, Mallet-Prevost, Colt & Mosle LLP (101 Park Avenue, New York, NY 10178)

Дело Александра Павлова далеко от завершения, и риски того, что Испания все-таки выдаст его, по-прежнему велики. Но мы рассчитываем на то, что наши публикации о том, как казахстанские власти оказывают незаконное и политически мотивированное давление на отдельных испанских чиновников и судей, будет принято во внимание испанской общественностью и прессой.

Like · Comment · Share

Arstan Omar, Петя Кернога, Лилия Короткова and 12 others like this.    Top Comments

14 shares

 Write a comment...
Press Enter to post.

 **Republic of Kazakhstan v. Does 1-100 Inclusive** To Those Who Unlawfully Obtained the Documents Posted on This Page:
On March 12, 2015, a Complaint was filed against you by the Republic of Kazakhstan in the United States District Court for the South District of New York. The case is styled as The Republic of Kazakhstan v. Does 1-100 Inclusive, No. 15 Civ. 1900 (ER) (S.D.N.Y. 2015). A copy of the Complaint can be found at the following link: www.facebook.com/KazakhstanvDoes.
In addition, a Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion") has been filed against you. A copy of the Motion and supporting papers can be found at the following link: www.facebook.com/KazakhstanvDoes. The Motion is brought by Order to Show Cause so that the matter will proceed on an expedited basis.
An ex parte temporary restraining order has already been issued against you, enjoining you, your affiliates, employees, agents, and representatives, and all persons acting in concert with or participating with you, from using, disclosing, disseminating, posting, displaying, sharing, distributing, hosting, copying, viewing, accessing, providing access to or making available to anyone, in any manner whatsoever, the materials stolen by you from the computer system of the

Republic of Kazakhstan and from the Gmail accounts of officials of the Republic of Kazakhstan.

A copy of the Order to Show Cause can be found at the following link:

www.facebook.com/KazakhstanvDoes. The Court has directed the parties to appear before it with respect to the Preliminary Injunction on March 20, 2015 at the following location: the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007.

If you are represented by an attorney, please let us know and we will notify your counsel of the date and time selected by the Court.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Att: Jacques Semmelman
jsemmelman@curtis.com
Attorneys for the Republic of Kazakhstan



## Republic of Kazakhstan v. Does 1-100 Inclu...
Community

Like · Reply · Remove Preview · Just now


**Arina Salidova** Это все происходит в европе? Уму непостижимо!
See Translation
Like · Reply ·  1  · February 20 at 12:32pm


**Алибек Рахимов** Да уж...Что же все таки в Европе происходит!?
See Translation
Like · Reply · February 21 at 2:41am


**рустам мансулов** судей на мыло!
See Translation
Like · Reply · February 19 at 3:45pm

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Terms   Help

Facebook © 2015
English (US)