# EXHIBIT 2

# Ilyas Khrapunov's U.S. Transactional Activity 2012-2017

